UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAMON L. THREATS,**

    Plaintiff,

v.                                           Case No. 5:19cv9-TKW-MJF

**DR. WARD** and **NURSE WOMBLE,**

    Defendants.

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 26). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determinations that the amended complaint fails to state a plausible claim for relief and that any amendment would be futile because the Health Insurance Portability and Accountability Act does not create a private cause of action or rights that are enforceable through 42 U.S.C. §1983.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. The amended complaint (Doc. 18) is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).

3. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 30th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**